**SHWAL & PLATT**
by Neal R. Platt (NP 1954)
*A Member of the Firm*
24th Floor
767 Third Avenue
New York, New York 10017
Telephone: (212) 332-3311
Email: plattneal@gmail.com
*Attorneys for Plaintiffs*
 *Roset S.A. & Roset USA Corporation*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROSET S.A. and ROSET USA CORPORATION,**<br><br>                              Plaintiffs,<br><br>-against-<br><br>**LAYEREDESIGN GROUP LLC,**<br><br>                              Defendant. | Case No. 1:21-cv-5441<br><br>**PROOF OF SERVICE OF SUMMONS & COMPLAINT ON DEFENDANT LAYEREDESIGN GROUP LLC** |

                           Respectfully,

              **SHWAL & PLATT**

              by:      /Neal R. Platt/
                       Neal R. Platt (NP1954)
                       A Member of the Firm
                       24th Floor
                       767 Third Avenue
                       New York, New York  10017
                       (212) 332-3311
                       plattneal@gmail.com
                       *Attorneys for Plaintiffs Roset S.A. & Roset USA Corporation*

# AFFIDAVIT OF SERVICE

| Case:<br>1:21-cv-5441 (AT) | Court:<br>UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | County: | Job:<br>5838834 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ROSET S.A. and ROSET USA CORPORATION | | Defendant / Respondent:<br>LAYEREDESIGN GROUP LLC | |
| Received by:<br>Lorenzo Kenerson | | For:<br>Shwal & Platt | |
| To be served upon:<br>LAYEREDESIGN GROUP LLC | | | |

I, Lorenzo Kenerson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** LAYEREDESIGN GROUP LLC, 275 Buckhead Ave NE, Atlanta, GA 30305
**Manner of Service:** Corporation, Jun 29, 2021, 1:24 pm EDT
**Documents:** Summons; Complaint with exhibits; SDNY Local Civil Rules; Court's Electronic Filing Rules; and the individual rules of the assigned judge.

**Additional Comments:**
1) Successful Attempt: Jun 29, 2021, 1:24 pm EDT at 275 Buckhead Ave NE, Atlanta, GA 30305 received by Charles Berry, authorized agent

_____    7-1-21
Lorenzo Kenerson            Date

Lorenzo Kenerson

404-528-5877

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public
                              7/1/21
Date                Commission Expires
                     NOV 7, 2023

[Notary seal: MARC ALLARD, NOTARY PUBLIC, GWINNETT COUNTY, GA]