USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2021

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSET S.A. and ROSET USA CORPORATION,<br><br>      Plaintiffs,<br><br>-against-<br><br>**LAYEREDESIGN GROUP LLC,**<br><br>      Defendant. | Case No. 1:21-cv-5441 (AT)<br><br>FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION ORDER |

**THIS MATTER COMES BEFORE THE COURT** by motion filed by Plaintiffs for the entry of final judgment by default and a permanent injunction against Defendant for Defendant's trademark infringement, false designation of origin, passing off and unfair competition and related state and common law claims arising out of Defendants' unauthorized use of the trademark LIGNE ROSET in Defendant's advertising, marketing, promoting, distributing, displaying or offering Defendant's products for sale.

**THE COURT HAVING CONSIDERED** Plaintiffs' Memorandum of Law, the Declaration of Neal R. Platt, and the Declaration of Simone Vingerhoets in support of Plaintiffs' Motion for Default Judgment and a Permanent Injunction Against Defendant, the Certificates of Service of the Summons and Complaint, the Certificate of the Clerk of the Court stating that no answer has been filed in the instant action, and upon all other pleadings and papers on file in this action, it is hereby

**ORDERED, ADJUDGED, AND DECREED** as follows:

### I. *Defendant's Liability*

Judgment is granted in favor of Plaintiffs on their claims of trademark infringement.

### II. *Plaintiffs' Waiver of Damages and Any Other Monetary Award*

Plaintiffs having waived any claim to damages or other monetary award against Defendant arising out of any matters alleged in the Complaint, no award is made for damages or any other monetary award against Defendant.

### *III. Permanent Injunction*

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant, its officers, agents, servants, employees, attorneys, and other persons who are in active concert or participation with them shall remove and discontinue any use of the LIGNE ROSET mark whether on signage, online, or anywhere else.

### *IV. No Stay Under Rule 62*

**IT IS FURTHER ORDERED** that, as no judgment for money damages or other monetary relief is granted in this Judgment, consistent with Rule 62(c) of the Federal Rules of Civil Procedure, there is no stay of enforcement of this Judgment pursuant to Rule 62.

### *V. Miscellaneous Relief*

(a) Plaintiffs shall not be require to post a bond or other security in respect of this Judgment or the Permanent Injunction contained herein; and

(b) This Court shall retain jurisdiction over this matter and the parties in order to construe and enforce this Order.

SO ORDERED.

Dated: December 2, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge